IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MRP, INC. d/b/a Amsino Medical USA )
)   No. 3-07-0973
v. )
)
INTELLITECH, INC. )

O R D E R

The parties' joint motion allowing plaintiff additional time to respond (Docket Entry No. 22) is GRANTED.

The time for the plaintiff to file its response to the defendant's pending motion to dismiss (Docket Entry No. 13) is extended to March 14, 2008.

By order entered February 11, 2008 (Docket Entry No. 21), the initial case management conference was rescheduled to April 9, 2008, at 10:00 a.m. before Magistrate Judge Knowles.

By order entered February 25, 2008 (Docket Entry No. 23), this case was reassigned to the undersigned Magistrate Judge.

The initial case management conference remains scheduled on **Wednesday, April 9, 2008, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the

parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007.

Counsel shall e-file the proposed order prior to the initial case management conference.

If the parties have reached a settlement prior to April 9, 2008, they shall notify the Court and the initial case management conference will be cancelled.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge