IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MRP, INC. d/b/a Amsino Medical USA )
)  No. 3-07-0973
v. )
)
INTELLITECH, INC. )

O R D E R

On April 2, 2008, the parties filed an agreed order of dismissal (Docket Entry No. 26).

As a result, the defendant's motion to dismiss or, in the alternative, to stay the proceedings (Docket Entry No. 13) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

The initial case management conference, scheduled on April 9, 2008, is hereby CANCELLED, and, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge