IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MRP, INC., d/b/a AMSINO MEDICAL USA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:07-0973 |
| | ) |
| v. | ) Judge Wiseman |
| | ) |
| INTELLITECH, INC., | ) Magistrate Judge Knowles |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Comes now the Plaintiff MRP, Inc., d/b/a Amsino Medical USA and Defendant IntelliTECH, Inc., through undersigned counsel, and submit this Agreed Order of Dismissal dismissing with prejudice all of Plaintiff's claims against the Defendant.

Entered this **3rd** day of April, 2008.

_____
JUDGE